Form ntco (01/2006)

## UNITED STATES BANKRUPTCY COURT
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:

    Kittie Ann Hall and Neil DeVere Hall

    Debtor(s).

Case Number: 09−40646−BDL
Chapter: 7

## NOTICE OF ORDER REGARDING DISCHARGE

TO: DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST

YOU ARE NOTIFIED that an order was entered on **July 19, 2010 revoking**the discharge of the debtor.

Dated: July 19, 2010

                            Mark L. Hatcher
                            Clerk, U.S. Bankruptcy Court

                            By: Cheryl Bray
                            Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0981-3           User: cherylb              Page 1 of 1              Date Rcvd: Jul 19, 2010
Case: 09-40646                 Form ID: ntco              Total Noticed: 18
```

The following entities were noticed by first class mail on Jul 21, 2010.
```
db          +Kittie Ann Hall,    P.O.Box 834,    Kalama, WA 98625-0800
jdb          Neil DeVere Hall, Sr,    290 Douglas St.,    Kalama, WA  98625
aty         +Bullivant Houser Bailey PC,    805 Broadway St Ste 400,    Vancouver, WA 98660-3310
951539334   +Bac / Fleet Bankcard,    PO Box 26012,    Greensboro, NC 27420-6012
951539335   +Bank Of America,    NC4-105-03-14,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
951539336   +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    PO Box 26012,    Greensboro, NC 27420-6012
951539337   +Chase - Cc,    Attention: Banktruptcy Department,    PO Box 15298,    Wilmintgon, DE 19850-5298
951898050    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
951539338   +Citibank,    Attn: Centralized Bankruptcy,    PO Box 20507,    Kansas City, MO 64195-0507
951872586   +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
951539340   +Target Visa,    PO Box 9475,    Minneapolis, MN 55440-9475
951539341   +USDA Rural Development,    P.O. Box 66889,    Saint Louis, MO 63166-6889
951539342    USDA Rural Development,    Saint Louis, MO 63166
```

The following entities were noticed by electronic transmission on Jul 19, 2010.
```
sr           E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2010 01:06:46     GE Money Bank,
              Recovery Management Systems corp,    c/o Ramesh Singh,    25 SE 2nd Avenue Ste 1120,
              Miami, FL  33131-1605
951860322    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 20 2010 00:54:43
              AMERICAN INFOSOURCE LP AS AGENT FOR,    TARGET,    PO Box 248838,    Oklahoma City, OK  73124-8838
951858187    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 20 2010 00:55:33     DISCOVER BANK,
              DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
951539339   +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 20 2010 00:55:33     Discover Financial,
              Attention: Bankruptcy Department,    PO Box 3025,    New Albany, OH 43054-3025
951906296    E-mail/PDF: rmscedi@recoverycorp.com Jul 20 2010 01:06:57
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                               TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2010            Signature:    *Joseph Speetjens*